UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. LHEVAN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>SCOTT KERNAN, Warden,<br><br>　　　　　Respondent. | NO. **SACV 16-1240-GW (AGR)**<br>NO.　SACV 16-1241-GW (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus in these two matters is denied and dismissed with prejudice.

DATED: September 1, 2020　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　United States District Judge